```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
NADINE GARVEY,

                    Plaintiff,         25-cv-5687 (JGK)

        - against -                    ORDER

BLOSSOM JOHNSON,

                    Defendant.
------------------------------------
```

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by September 12, 2025.

SO ORDERED.

Dated:    New York, New York
           August 25, 2025

                                          /s/ John G. Koeltl
                                              John G. Koeltl
                                      United States District Judge