UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NADINE GARVEY,

                    Plaintiff,                    25-cv-5687 (JGK)

          - against -                             ORDER

BLOSSOM JOHNSON,

                    Defendant.

---

JOHN G. KOELTL, District Judge:

The Court directed the parties to submit a Rule 26(f)

report by September 12, 2025. To date, no Rule 26(f) report has

been filed. The time for the parties to file a Rule 26(f) report

is extended until **September 29, 2025.**

SO ORDERED.

Dated:    New York, New York
          September 15, 2025
                                        _____
                                           John G. Koeltl
                                    United States District Judge