UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NADINE GARVEY,

                Plaintiff(s)

                25 civ 5687 (JGK)

    -against-

BLOSSOM JOHNSON,

                Defendant(s).
-----------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, October 21, 2025, at 4:00pm, is canceled.

**SO ORDERED.**

                                            **JOHN G. KOELTL**
                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 15, 2025