UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————

NADINE GARVEY,

                      Plaintiff,              25-cv-5687 (JGK)

        - against -              ORDER

BLOSSOM JOHNSON,

                     Defendant.
————————————————————————————

JOHN G. KOELTL, District Judge:

On September 17, 2025, the parties filed a Rule 26(f) report. ECF No. 7. On October 2, 2025, the Court referred this action to the Court's Alternative Dispute Program for mediation. ECF No. 9. On April 16, 2026, the mediator reported that mediation was unsuccessful. ECF No. 11. The parties are therefore directed to submit a revised Rule 26(f) report by **May 1, 2026.**

SO ORDERED.

Dated:    New York, New York
           April 18, 2026

                            _____
                             John G. Koeltl
                   United States District Judge