L AW OFFICES
DOWNING & PECK, P.C.
A TTORNEYS AND COUNSELORS AT LAW
5 5 MAPLE AVENUE – SUITE 308
ROCKVIL LE CENTRE, NEW YORK 11570

JOHN M. DOWNING
MARGUERITE D. PECK
JOHN M. DOWNING, JR.***
ERNEST J. PECK

LAURA M. STAUNTON

TEL (212)-514-9190
FAX (212)-514-9241
www.DOWNINGPECK.com

***MEMBER NY, NJ, & CT BARS

November 20, 2026

Honorable John G. Koeltl:
State District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted. Pre-Trial filings and motions for summary judgment due by December 14, 2026. So ordered. John G. Koeltl, U.S.D.J. 11/21/26

**Re: Garvey v. Johnson**
**25 – CV – 05687**

Honorable Sir:

We represent defendant in this personal injury action arising from a two vehicle contact.

The May 4, 2026 order directed that the joint pre-trial order and motions for summary judgment are to be filed by November 23, 2026.

Today I had a substantial discussion with plaintiff's attorney, Ms. Whitfield.

The parties are in active negotiation and jointly respectfully request a three-week adjournment of said November 23, 2026 deadline to file motions and file a joint pretrial order.

No prior request for this relief has been requested.

The only other deadline herein, the trial date, January 8, 2027, would remain unchanged if Your Honor grants this request.

Thank you for your attention to this matter.

Very truly yours,
DOWNING & PECK, P.C.

*John M. Downing, Jr.*
JOHN M. DOWNING, JR.

JDJ/de